STATE OF NORTH CAROLINA v. PAUL GEORGE SNEAD
No. 6822SC292

(Filed 18 September 1968)

APPEAL by defendant from *McLaughlin, J.,* January-February 1968 Session, IREDELL Superior Court.

Defendant was charged in three separate bills of indictment with breaking and entering and larceny and in two separate bills with assault on a female. The charges of assault on a female were *nol prossed.* Defendant, through his counsel, entered a plea of guilty to each of the other charges. From the judgment in each case entered by the court, defendant appealed. Upon a finding of indigency, the court appointed counsel and ordered that transcript of the trial proceedings be furnished defendant without charge.

*Fred G. Chamblee for defendant appellant.*

*Attorney General T. W. Bruton by Deputy Attorney General Harry W. McGalliard for the State appellee.*

MORRIS, J.

Appellant assigns as error (1) the consideration by the court of defendant's confession without adequate or proper determination that the same was freely and voluntarily given, and (2) the sentences imposed constituted cruel and unusual punishment under the circumstances.

Counsel for appellant candidly states in his brief that he has carefully investigated and finds no support for his assignments of error but asks that the Court review the record. This we have done.

We find, upon a careful examination of the record and the evidence, that evidence as to defendant's signed waiver of rights and

confession was admitted in each instance without objection and that defendant himself, on questioning by the court, stated that he was guilty of the charges but that the two others he implicated in his confession were not; that his statement was true as to him but not true as to the others.

The sentences imposed were within the statutory limit.

Defendant was represented by counsel, entered a plea of guilty, reiterated his guilt in open court, and received sentences within the limits provided by statute.

No error.

MALLARD, C.J., and CAMPBELL, J., concur.